**Electronically Filed
Supreme Court
SCWC-29710
03-NOV-2011
11:11 AM**

NO. SCWC-29710

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

In the Matter of the Arbitration Between,

UNITED PUBLIC WORKERS, AFSCME, Local 646, AFL-CIO,
Respondent/Union-Appellee,

and

CITY AND COUNTY OF HONOLULU, HOLIDAY PAY (2003-022C),
Petitioner/Employer-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29710; S.P. NO. 08-1-0147)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Employer-Appellant's application for writ of

certiorari filed on September 22, 2011, is hereby rejected.

DATED: Honolulu, Hawai‘i, November 3, 2011.

| | |
|---|---|
| Paul K. Hoshino and Elisabeth A. K. Contrades, Deputies Corporation Counsel, for Petitioner/Employer-Appellant on the application | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Simeon R. Acoba, Jr. |
| Herbert R. Takahashi, Rebecca L. Covert, and Davina W. Lam of Takahashi and Covert for Respondent/Union-Appellee on the response | /s/ James E. Duffy, Jr.<br><br>/s/ Sabrina S. McKenna |

